No. 545. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* STOKES. See *ante,* p. 551.

No. 388. TRIPLETT ET AL. *v.* LOWELL. December 9, 1935. It is ordered that the petition for rehearing in this case be, and it hereby is, granted. The order heretofore entered on October 14, 1935, [*post,* p. 621] denying the petition for writ of certiorari in this case is vacated, and it is ordered that the petition for writ of certiorari be, and the same hereby is, granted. *Mr. Samuel E. Darby, Jr.,* for petitioners. *Messrs. C. V. Edwards* and *John B. Brady* for respondent.

No. 539. CALLAGHAN ET AL. *v.* RECONSTRUCTION FINANCE CORP.; and
No. 540. STITT *v.* SAME. December 9, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Percival E. Jackson* for petitioner in No. 539. *Mr. Theodore Stitt, pro se. Solicitor General Reed* for respondent.